IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

In re: Jeffrey Michael Kopf  Case No. 17-33362-KLP
    Bridget Fairman Kopf  Chapter 13
    AKA Bridget Fairman Earley
    Debtors

Address:  9205 Mapleway Rd
              Henrico, VA 23229

Last four digits of Social Security No(s):    xxx-xx-9696 (Debtor)
                                                        xxx-xx-2588 (Joint Debtor)

## NOTICE OF OBJECTION TO CLAIM

The above named Debtors have filed an Objection to Claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the Court to eliminate or change your claims, then no later than 30 days from the date of this notice**,** you or your attorney must:

File with the Court a written response to the objection, explaining your position, at:

        Clerk of Court
        United States Bankruptcy Court
        701 E. Broad Street, Room 4000
        Richmond, VA 23219

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also send a copy to:

        Boleman Law Firm, P.C.
        P.O. Box 11588
        Richmond, VA 23230-1588

Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

      If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated: February 12, 2018                          BOLEMAN LAW FIRM, P.C.
                                                                         Counsel for Debtors

                                         By:    /s/ Mark C. Leffler
                                                           Mark C. Leffler (VSB #40712)
                                                           Boleman Law Firm, P.C.
                                                           P.O. Box 11588
                                                           Richmond, VA  23230-1588
                                                           Telephone (804) 358-9900
                                                           Counsel for Debtors

## **CERTIFICATE OF SERVICE**

      I certify that on February 12, 2018 a copy of the foregoing has been sent to the Chapter 13 Trustee via the Court's CM/ECF system and mailed via first class mail to the following:

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Jeffrey M. & Bridget F. Kopf
9205 Mapleway Road
Richmond, VA 23229

                                                            /s/ Mark C. Leffler
                                                            Counsel for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

| | |
|---|---|
| **In re: Jeffrey Michael Kopf** | **Case No. 17-33362-KLP** |
| **Bridget Fairman Kopf** | **Chapter 13** |
| **AKA Bridget Fairman Earley** | |
| **Debtors** | |

### OMNIBUS OBJECTION TO CLAIMS NO. 10-1, 11-1, and 12-1
### AND MEMORANDUM IN SUPPORT

  **Pursuant to FRBP 3007(e), NOTICE IS GIVEN that claimants receiving this Objection should locate their names and claims in the Objection. The only claimant subject to this pleading is LVNV Funding, LLC ("LVNV") which filed claims assigned by the Court as Claims No. 10-1, 11-1, and 12-1 and the details pertinent to each claim are found on page 2 herein. The objectors are Jeffrey M. & Bridget F. Kopf, the Debtors in this case, and their grounds for objecting to each claim are that LVNV falsely stated in each claim that no interest or other charges is included in the claim amounts, that LVNV violated Federal Rule of Bankruptcy Procedure 3001(c)(2)(A) by failing to itemize the interest, fees, and other charges included in the claim amount, and that the Debtors deny owing any debt to LVNV and request strict proof of LVNV's standing to enforce the debts against them.**

  Jeffrey M. & Bridget F. Kopf, by counsel, file this Omnibus Objection to the Proof of Claims (Claim No.10-1, 11-1, and 12-1) filed by LVNV Funding, LLC ("LVNV") pursuant to 11 U.S.C. § 502, Federal Rules of Bankruptcy Procedure 3001, 3007 and 9014, and Local Bankruptcy Rules 3007-1 and 9013-1.  In support of this Objection, Debtors respectfully state the following:

### Jurisdiction

  1. Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §§1334 and 157 in that this action arises in and relates to the bankruptcy case of the Debtors, a chapter 13 case having been filed in this Court on June 30, 2017.

---

Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

2. This proceeding is a core proceeding under 28 U.S.C. §157(b)(2)(A), (B), (K), and (O).

3. Venue is proper pursuant to 28 U.S.C. §1409.

## Parties

4. Jeffrey M. & Bridget F. Kopf (the "Debtors") are the debtors in this case.

5. Respondent LVNV Funding, LLC ("LVNV") is a foreign limited liability company that filed three (3) proofs of claim in the instant case.

## The Proofs of Claim At Issue

6. The Claims objected to are as follows:

| Claimant | Claim No. | Status | Amount |
|---|---|---|---|
| LVNV | 10-1 | Nonpriority unsecured | $4,575.89 |
| LVNV | 11-1 | Nonpriority unsecured | $6,218.45 |
| LVNV | 12-1 | Nonpriority unsecured | $7,492.50 |

7. LVNV filed three (3) proofs of claim designated by the Court as Claims 10-1, 11-1 and 12-1, respectively ("the Claims"). In Part 2, Box 7 of each claim, LVNV states under penalty of perjury that the claim amounts do not include any interest or other charges.

8. In Part 2, Box 8 of each claim, LVNV states the basis of the claim is "credit card".

9. There is an attachment to each claim entitled "Account Detail" (the "Account Detail"), and the respective Account Details show the following date of last payment and date of charge-off:

   a. For Claim No. 10-1, the date of last payment is 04/19/2017 and the date of charge-off is 07/06/2017;

   b. For Claim No. 11-1, the date of last payment is 04/19/2017 and the date of

charge-off is 07/06/2017; and

    c.    For Claim No. 12-1, the date of last payment is 10/17/2016 and the date of charge-off is 05/23/2017.

10.    The respective Account Details show the following itemizations of principal, interest, and fees:

    a.    Claim No. 10-1

| | |
|---|---|
| Principal**: | $4,575.89 |
| Interest**: | $0.00 |
| Fees**: | $0.00 |

    b.    Claim No. 11-1

| | |
|---|---|
| Principal**: | $6,218.45 |
| Interest**: | $0.00 |
| Fees**: | $0.00 |

    c.    Claim No. 12-1

| | |
|---|---|
| Principal**: | $7,492.50 |
| Interest**: | $0.00 |
| Fees**: | $0.00 |

11.    LVNV's claims relate to credit contracts on which interest and fees were regularly assessed. Debtors assert that LVNV's Account Summaries do not properly, accurately, or truthfully itemize the interest, fees, and other costs embedded in the claim amounts or otherwise

meet the requirements of Rule 3001(c)(2)(A).

## Discussion

12. Pursuant to 11 U.S.C. § 502(a), a claim is "deemed allowed, unless a party in interest . . . objects."

13. Pursuant to 11 U.S.C. § 502(b)(1), where an objection is made to a claim, the Court "shall determine the amount of such claim . . . and shall allow such claim in such amount, except to the extent that . . . [ ] such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law . . . . "

14. Pursuant to Federal Rules of Bankruptcy Procedure 3001(c)(2)(A), "If, in addition to its principal amount, a claim includes interest, fees, expenses, or other charges incurred before the petition was filed, an itemized statement of the interest, fees, expenses, or charges shall be filed with the proof of claim."

15. Pursuant to Federal Rules of Bankruptcy Procedure 3001(c)(3)(B), " On written request by a party in interest, the holder of a claim based on an open-end or revolving consumer credit agreement shall, within 30 days after the request is sent, provide the requesting party a copy of the writing [upon which the claim is based]."

16. Pursuant to Federal Rules of Bankruptcy Procedure 3001(f), "a proof of claim executed and filed" in accordance with the rules "shall constitute prima facie evidence of the validity and amount of the claim."

## Objection to Claim

17. Each of LVNV's claims falsely attest under oath in Part 2, Box 7 of the Proof of Claim that the claim amounts include no interest or other charges.

18. Each of LVNV's Account Summaries falsely attest under oath that the claim

amounts consist entirely of principal and include $0.00 in interest and $0.00 in fees. Accordingly, Debtors are unable to efficiently use the Proofs of Claim to determine what part of the amounts claimed by LVNV is attributable to principal, and what amounts to interest and fees.

19. Under Federal Rules of Bankruptcy Procedure 3001(c)(2)(D), this Court should preclude LVNV from presenting any evidence to the contrary of what it has sworn to in its claims, dismiss LVNV's claims, and award other appropriate relief, including reasonable expenses and attorneys' fees.

## Second Objection to Claim

20. Debtors' Schedules do not include any debt to LVNV and, accordingly, Debtors deny owing a debt to LVNV and request strict proof thereof.

21. Debtors specifically assert, pursuant to 11 U.S.C. § 502(b)(1) and (9), that LVNV cannot enforce these debts against them.

22. Debtors affirmatively assert that LVNV failed to attach the writings upon which LVNV's claims are based. Pursuant to Federal Rule of Bankruptcy Procedure 3001(c)(3)(B), the Debtors hereby request that LVNV provide them with a copy of the writings upon which each claim is based, or a statement of the circumstances of the loss or destruction of such writings, within 30 days.

WHEREFORE, Debtors respectfully request that the Court sustain this Omnibus Objection to Claim, disallow the claims, grant Debtors leave to file a separate Motion seeking appropriate sanctions against LVNV including the Debtors' reasonable attorney fees and expenses, and order such other and further relief as is just and proper.

Respectfully submitted,
**Jeffrey M. Kopf**
**Bridget F. Kopf**
By Counsel


/s/ Mark C. Leffler_
Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA  23230-1588
Telephone (804) 358-9900
Counsel for Debtors

## CERTIFICATE OF SERVICE

I certify that on February 12, 2018 a copy of the foregoing has been sent to the Chapter 13 Trustee via the Court's CM/ECF system and mailed via first class mail to the following:

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Jeffrey M. & Bridget F. Kopf
9205 Mapleway Road
Richmond, VA 23229


/s/ Mark C. Leffler
Counsel for Debtors